**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULF COAST BANK & TRUST COMPANY, a Louisiana corporation, | Case No. 2:25-cv-02365-MCS-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FAITH MEDIA DISTRIBUTION, LLC, a California limited liability company, and MANNY HALLEY, an individual, | |
| Defendants. | |

1     Pursuant to the Court's Order Dismissing Claims Pursuant to Federal Rule of

2 Civil Procedure 4(m), it is ordered, adjudged, and decreed that is action is dismissed

3 without prejudice.

4

5 **IT IS SO ORDERED.**

6

7  Dated: October 10, 2025

8                                        MARK C. SCARSI
                                         UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28